# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## December 17, 2014

| | | |
|---|---|---|
| CAAP–13–00 05699 | State v. Porter | Affirmed |
| CAAP–12–00 00046 | Travis, In re | Affirmed |
| CAAP–12–00 00121 | Valdez v. State, Dept. of Human Services Administrative Appeals Office | Affirmed |

## December 18, 2014

| | | |
|---|---|---|
| CAAP–12–00 00386 | Von Baravalle, In re Estate of | Affirmed |

## December 19, 2014

| | | |
|---|---|---|
| CAAP–14–00 00516 | Pearson v. Administrative Director of Courts, State | Affirmed |

## December 31, 2014

| | | |
|---|---|---|
| CAAP–12–00 00773 | Lafaele v. State | Affirmed |
| CAAP–13–00 05555 | Manuel v. State | Affirmed |
| CAAP–12–00 00500 | Webster v. State | Affirmed |

## January 9, 2015

| | | |
|---|---|---|
| CAAP–13–00 02977, CAAP–13–00 02610, CAAP–14–00 00556 | Mount v. Apao | Affirmed |